1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID STEVENS
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2811

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-mj-00333-KJN |
| | ) | |
| Plaintiff, | ) | PROBATION REVOCATION PETITION, |
| | ) | NOTICE OF HEARING and |
| v. | ) | ORDER |
| | ) | |
| RONALD L. LEAL, | ) | DATE: September 28, 2011 |
| | ) | TIME: 2:00 p.m. |
| Defendant. | ) | JUDGE: Hon. Kendall J. Newman |
| _____ | ) | |

On April 6, 2011, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Kendall J. Newman:

    1.    The defendant shall serve a one-year term of Court Probation, subject to the following terms:

        a.    The defendant shall pay a $300.00 fine and a special assessment in the amount of $10.00 for Count One of the Information, Driving Without a Valid License;

        b.    The defendant shall pay the $300.00 fine within 60 days.

The United States alleges that the defendant has violated

1

these conditions as follows:

     1.   The defendant has not paid the fine for Count One.

The United States therefore petitions the Court to add this matter on its September 28, 2011, calendar for a probation revocation hearing to allow the defendant to show cause why the probation granted on April 6, 2011, should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 26 , 2011        Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ David Stevens
                              DAVID STEVENS
                              Special Assistant U.S. Attorney

**ORDER**

It is Hereby Ordered that the defendant appear on September 28, 2011, at 2:00 p.m., to show cause why the probation granted on April 6, 2011, should not be revoked.

IT IS SO ORDERED.

Dated:  August 26, 2011

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE